IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOHN JOHNSON ELLIS                                                                                 PETITIONER
ADC #121088

v.                                           2:22-cv-00150-LPR-JJV

DEXTER PAYNE, Director,
Division of Correction                                                                             RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition (PFRD) submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's (numerous) Objections. After carefully considering the objections and making a *de novo* review of the PFRD and the record, the Court concludes the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.[1]

IT IS, THEREFORE, ORDERED that:

1. Mr. Ellis's § 2254 Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED with prejudice.

2. A certificate of appealability will not issue.

Dated this 28th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] On pages 4–5 of the PFRD, Judge Volpe states: "As for statutory tolling, it does not appear that any applications for post-conviction relief or collateral review were filed other than the appeals discussed above." For completeness, the Court wishes to emphasize that it does not consider direct appeals to be "application[s] for State post-conviction or other collateral review" as that phrase is used in 28 U.S.C. § 2244(d)(2). This clarification does not affect the correctness of Judge Volpe's recommendation in any way.