IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOHN JOHNSON ELLIS                                                                                           PETITIONER
ADC #121088

v.                                         2:22-cv-00150-LPR-JJV

DEXTER PAYNE, Director,
Division of Correction                                                                                       RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. A certificate of appealability will not issue.

DATED this 28th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE